G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
MIGUEL VELASCO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MIGUEL VELASCO,<br><br>           Plaintiff,<br><br>      vs.<br><br>RALLO LAW FIRM, P.C.; and<br>DOES 1 TO 10, inclusive,<br>           Defendants. | **Case No. 8:14-cv-00056-DOC-JPRx**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41a(1), Plaintiff, MIGUEL VELASCO, by and through his attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: March 3, 2014                    RESPECTFULLY SUBMITTED,


                                        **PRICE LAW GROUP APC**

                                        By: /s/ G. Thomas Martin, III _
                                              G. Thomas Martin, III
                                              Attorney for Plaintiff